

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

March 27, 2015

Don Schnebly
Parker County District Attorney
117 Fort Worth St.
Weatherford, TX 76086
* DELIVERED VIA E-MAIL *

Jack V. Strickland
The Bryce Building
909 Throckmorton St.
Fort Worth, TX 76102
* DELIVERED VIA E-MAIL *

RE:  Court of Appeals Number:  02-15-00027-CR, 02-15-00028-CR,
                               02-15-00029-CR

     Trial Court Case Number:  CR14-0051, CR14-0052,
                               CR14-0163

Style:  William Bruce Senn, Jr.
        v.
        The State of Texas

The clerk's record has been filed under the date of Thursday, March 26, 2015, in the above referenced causes.

The appellant's brief is due **Monday, April 27, 2015**.  *See* Tex. R. App. P. 38.6.  You will be notified when the case is set for submission.

A party desiring oral argument must note that request on the outside cover of the party's brief.  *See* Tex. R. App. P. 39.7.  **If no oral argument is requested by either party, the case may be submitted on the briefs**.

**PLEASE BE ADVISED THAT THIS COURT HAS ADOPTED THE STANDARDS FOR APPELLATE CONDUCT, WHICH WERE ADOPTED AND PROMULGATED BY THE SUPREME COURT OF TEXAS AND THE TEXAS COURT OF CRIMINAL APPEALS ON FEBRUARY 1, 1999 BY MISCELLANEOUS DOCKET ORDER NO. 99-9012.**  Copies of the standards are available from this office and appear on the court's website at www.txcourts.gov/2ndcoa.  **Parties appearing before this court are expected**

**to adhere to these standards and non-compliance will be addressed by the court accordingly.**

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By:  Karen Brown, Deputy Clerk